**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00590-LTB

NATHAN L. HILL,

      Applicant,

      v.

WARDEN DANIELS,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      The Application was denied and the action dismissed in this action on April 12, 2012.  Applicant's Emergency Motion requesting a stay of his transfer to another facility, Doc. No. 4, pending the disposition of this action, therefore, is denied as moot.

Dated:  April 12, 2012